1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulane Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY DWAYNE GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-000382 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE: October 12, 2010 |
| TIMOTHY DWAYNE GLENN, | ) ) | TIME: 9:00 A.M. JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 27, 2010, **may be continued to October 12, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. Additionally, defense counsel has just been assigned this case and has previously schedule a trip out of town to visit family on the currently set hearing date.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 20, 2010 | By: /s/ Brian Enos<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 20, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>TIMOTHY DWAYNE GLENN |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  September 21, 2010

CHIEF UNITED STATES DISTRICT JUDGE

Glenn
Stipulation and Proposed Order             2