BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> TIMOTHY DWAYNE GLENN, </br> </br> Defendant. | 1:10-CR-00382-AWI </br> </br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Timothy Dwayne Glenn, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Timothy Dwayne Glenn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Compact discs, hard drives, digital cameras or other storage devices containing visual depictions of minors engaged in sexually explicit conduct.

2. The above-listed property constitutes property which contains visual depictions possessed, transported, shipped, or

1  received, in violation of 18 U.S.C. §§ 2252(a)(2)or was used or
2  intended to be used in any manner or part to commit and to promote
3  the commission of the aforementioned violation, all in violation of
4  18 U.S.C. § 2253.
5       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the United
8  States Department of Homeland Security, Immigration Customs
9  Enforcement or Customs and Border Protection, in its secure custody
10 and control.
11      4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
12 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
13 notice of the order of forfeiture.  Notice of this Order and notice
14 of the Attorney General's (or a designee's) intent to dispose of the
15 property in such manner as the Attorney General may direct shall be
16 posted for at least 30 consecutive days on the official internet
17 government forfeiture site www.forfeiture.gov.  The United States may
18 also, to the extent practicable, provide direct written notice to any
19 person known to have alleged an interest in the property that is the
20 subject of the order of forfeiture as a substitute for published
21 notice as to those persons so notified.
22           b.   This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60) days
25 from the first day of publication of the Notice of Forfeiture posted
26 on the official government forfeiture site, or within thirty (30)
27 days from receipt of direct written notice, whichever is earlier.
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     February 17, 2011                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE