DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY DWAYNE GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00382 AWI |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING |
| v. | ) ) | DATE: February 22, 2011 |
| TIMOTHY DWAYNE GLENN, | ) ) | TIME: 9:00 A.M. JUDGE: Anthony W. Ishii |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for March 21, 2011, **may be advanced to February 22, 2011 at 9:00 A.M.**

This advancement of the court date is at the request of the defense as Mr. Glenn wishes to be sentenced as soon as possible. Both counsel for the defense and the government plan to submit on the pre-sentence report and the plea agreement, without argument. Both counsel have received and reviewed the initial draft of the pre-sentence report and do not plan to file any objections. Ross Micheli from the United States Probation Office has been advised of this request and is in agreement with the advancement of the court date.

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 16, 2011 |   | By: | /s/ Brian W. Enos<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

DANIEL J. BRODERICK
Federal Defender

DATED: February 16, 2011        By:    /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       TIMOTHY DWAYNE GLENN

**O R D E R**

IT IS SO ORDERED.

Dated:    February 17, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Advance Sentencing Hearing                    2