BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00382-AWI |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| TIMOTHY DWAYNE GLENN, | ) | |
| Defendant. | ) | |

WHEREAS, on February 17, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Timothy Dwayne Glenn forfeiting to the United States the following property:

      a.    Compact discs, hard drives, digital cameras or other storage devices containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on February 24, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Timothy Dwayne Glenn.

   2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.   The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     May 26, 2011                    /s/ [signature]
                              CHIEF UNITED STATES DISTRICT JUDGE