UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY GLENN,<br><br>　　　　Defendant. | No.  1:10-cr-00382-NODJ<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE WITHOUT PREJUDICE AND CLOSING CASE<br><br>(Doc. No. 35) |

　　　　Defendant Timothy Glenn was sentenced in this case on February 22, 2011, to the custody of the U.S. Bureau of Prisons (BOP) for a term of 87 months with a 15 year term of supervised release to follow.  (Doc. No. 30.)  On April 28, 2023, defendant Glenn filed a pro se motion seeking early termination of his term of supervised release.  (Doc. No. 35.)  On October 16, 2023, the then-assigned District Judge directed the government to respond to that motion.  (Doc. No. 36.)  On October 31, 2023, the government filed its opposition to the motion, arguing that the serious nature of the crimes of conviction, his failure to present a psychological assessment in support of his motion and the fact that he had served less than one-half of his 15 year term of supervised release, all supported the denial of the pending motion  Thereafter, the U.S. Probation Office submitted a response to the motion directly to the court, detailing defendant's satisfactory performance on supervised release but also opposing the granting of the requested relief.

　　　　It appears to the undersigned that defendant Glenn has done quite well on supervised release which commenced on April 19, 2017.  He is to be commended for that clearly satisfactory

1

performance.  However, the court concludes that the circumstances presented do not justify the termination of supervision at this time and will therefore deny the pending request without prejudice to its renewal in the future after an additional period of satisfactory performance.  The undersigned would also encourage defendant Glenn to discuss his desire for early termination in the future with his supervising probation officer.  The court does consider probation's support of such motions.

Accordingly,

1. Defendant's Motion for Early Termination of Supervised Release (Doc. No. 35) is denied without prejudice to its renewal at the appropriate time; and
2. The Clerk of the Court is directed to again close this case.

IT IS SO ORDERED.

Dated:   **January 4, 2024**

_____
UNITED STATES DISTRICT JUDGE

2